AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**ERIN MCDANIEL,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**PNC BANK,**                        **CASE NO. C2-11-00683**
                                         **JUDGE EDMUND A. SARGUS, JR.**
      **Defendant.**            **MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed January 2, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 3, 2013                      JOHN P. HEHMAN, CLERK

                                                        */S/ Andy F. Quisumbing*
                                                        (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk